JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELSEY JACKSON,<br><br>Defendant. | Case No. CR 4:17-00615-JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

Mr. Jackson's case is set for a first district court appearance on a Form 12 on June 27, 2022. Mr. Jackson currently resides at Diablo Valley Ranch treatment facility and has voluntarily extended his stay by an additional 30 days.  The parties, at the request of Probation, request an order continuing the status conference by a month to allow him to focus on his recovery. Accordingly, the parties hereby stipulate and request that the status be continued to July 25, 2022, or as soon thereafter as it can be heard.

//

IT IS SO STIPULATED.

DATED:	SIGNED:

June 22, 2022	/s/
Date	AMANI FLOYD
	Assistant United States Attorney

June 22, 2022	/s/
Date	GABRIELA BISCHOF
	Attorney for Defendant Jackson

GOOD CAUSE APPEARING, IT IS SO ORDERED.

June 22, 2022
Date	JAMES DONATO
	United States District Judge