STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3695
    Fax: (510) 637-3724
    E-Mail: Thomas.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 17-CR-0615 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE TO SEPTEMBER 12, 2022** |
| v. | |
| KELSEY JACKSON, | |
| Defendant. | |

      Plaintiff United States of America, by and through its counsel of record, the United States

Attorney for the Northern District of California and Assistant United States Attorney Thomas R. Green,

and defendant Kelsey Jackson (Jackson or defendant), by and through his counsel of record, Federal

Public Defender Gabriela Bischof, hereby stipulate as follows:

      1.     This matter is presently set for a status conference regarding certain violations of

supervised release summarized in a Form 12 at a hearing on July 25, 2022.

//

//

STIPULATION AND [PROPOSED] ORDER
17-CR-0615 JD

1        2.     The Probation Officer advises the parties that a brief continuance to further monitor

2   defendant's conduct and ability to comply with the conditions of his release will place her in a better

3   position to make a recommendation regarding an appropriate disposition in this case.

4        3.     The parties are available for a hearing on this matter at 10:30 a.m. on September 12,

5   2022, and understand that the Court has availability on its calendar at that time for a hearing in this

6   matter.  The parties have conferred with the Probation Officer assigned to this matter and confirm that

7   she is also available for a hearing on September 12, 2022.

8        4.     For the aforementioned reasons, the parties stipulate to continue the July 25, 2022

9   admission hearing in this matter to September 12, 2022 at 10:30 a.m.

10       5.     The parties and Probation Officer are also amenable to conducting the status conference

11  via zoom conference call if the Court prefers or is willing to conduct the status conference via zoom

12  conference call.

13

14  DATED: July 21, 2022                    Respectfully Submitted,

15                                      STEPHANIE M. HINDS

16                                      Acting United States Attorney

17                                      /s/ *Thomas R. Green*

18                                      THOMAS R. GREEN
                                      Assistant United States Attorney

19                                      /s/ *Gabriela Bischof*

20                                      GABRIELA BISCHOF
                                        Attorney for Kelsey Jackson

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
17-CR-0615 JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court has read and considered the Stipulation and [Proposed] Order Continuing Hearing filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates a good cause basis to continue the status hearing in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court continues the hearing in this matter from July 25, 2022 to September 12, 2022, on the Court's 10:30 a.m. calendar.

IT IS SO ORDERED.


July 21, 2022
_____
DATE

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
17-CR-0615 JD

3