JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELSEY ROBERT JACKSON,<br><br>Defendant. | Case No.: CR 17-615 JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO ADVANCE STATUS<br>CONFERENCE** |

The above captioned matter is scheduled for a status conference on June 29, 2023 before the duty magistrate judge. The parties and United States Probation have come to a proposed resolution on the pending Form 12, and therefore request that the matter be advanced and set before your honor on June 26, 2023 at 10:30 a.m. The magistrate court appearance shall be vacated.

\\

\\

\\

[PROPOSED] STIPULATED ORDER
*JACKSON*, CR 17-61 JD

IT IS SO STIPULATED.

| | |
|---|---|
| June 22, 2023<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>ROSS WEINGARTEN<br>Assistant United States Attorney |
| June 22, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| June 23, 2023<br>Dated | JAMES DONATO<br>United States District Judge |

[PROPOSED] STIPULATED ORDER
*JACKSON*, CR 17-61 JD