1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ELIZABETH FALK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
   Facsimile:   (415) 436-7706
6  Email:         elizabeth_falk@fd.org

7

8  Counsel for Defendant JACKSON

9

10                  IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            **Case No.:** CR 17-615 JD

15            Plaintiff,                 **STIPULATION AND [~~PROPOSED~~]
                                         ORDER TO ADVANCE STATUS
16         v.                            CONFERENCE**

17  KELSEY ROBERT JACKSON,

18            Defendant.

19

20

21       The above captioned matter is scheduled for a status conference on September 11,

22  2023. Defense counsel is on duty that day and has obligations in magistrate court at 10:30 a.m.,

23  and is therefore unavailable.  The parties and United States Probation agree that the matter be

24  continued to September 25, 2023 at 10:30 a.m.

25       \\

26       \\

27       \\

28

[PROPOSED] STIPULATED ORDER
*JACKSON*, CR 17-61 JD

1

2

IT IS SO STIPULATED.

3

September 7, 2023          ISMAIL RAMSEY
4          Dated                               United States Attorney
                                               Northern District of California
5

6                                                         /S
                                               MICHAEL LAGRAMA
7                                              Assistant United States Attorney

8

9          September 7, 2023          JODI LINKER
           Dated                               Federal Public Defender
10                                             Northern District of California

11

12                                                        /S
                                               ELIZABETH FALK
                                               Assistant Federal Public Defender

13

The status conference is continued to September 25, 2023.  The parties are advised that no
14    further continuances will be granted.

15

16         IT IS SO ORDERED.

17         September 8, 2023
           Dated                               _____
18                                             JAMES DONATO
                                               United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER
*JACKSON*, CR 17-61 JD