JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          elizabeth_falk@fd.org

Counsel for Defendant JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17-615 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KELSEY ROBERT JACKSON, | |
| Defendant. | |

   The above captioned matter is scheduled for a status conference on September 25, 2023 Mr. Jackson was admitted to a residential treatment program last week, and the parties and United States Probation agree that he be given some time in the program before coming back to court. Therefore, the parties respectfully request that the matter be continued to November 13, 2023 at 10:30 a.m.

   \\

   \\

   \\

[PROPOSED] STIPULATED ORDER
*JACKSON*, CR 17-61 JD

IT IS SO STIPULATED.

| | |
|---|---|
| September 20, 2023<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>MICHAEL LAGRAMA<br>Assistant United States Attorney |
| September 20, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| September 20, 2023<br>Dated | JAMES DONATO<br>United States District Judge |