| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | MICHAEL G. LAGRAMA (CABN 252734)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7241 |
| 7 | Fax: (415) 436-7234<br>Michael.Lagrama@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KELSEY ROBERT JACKSON,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO. 4:17-CR-00615-JD<br><br>STIPULATION TO CONTINUE STATUS<br>HEARING AND ORDER |

This Form 12 proceeding is set for a status hearing on September 9, 2024, at 10:00 a.m. However, undersigned government counsel is not available that day because he will be out of town for work-related training. The parties therefore stipulate and respectfully request that the status hearing be continued to September 30, 2024, at 10:00 a.m. In the meantime, the defendant Kelsey Jackson is awaiting admission into an inpatient substance treatment program in accordance with this Court's August 7, 2024 Order modifying his supervision conditions.

/ / /

/ / /

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 4, 2024

/s/ Michael G. Lagrama
MICHAEL G. LAGRAMA
Assistant United States Attorney

DATED: September 4, 2024

/s/ Elizabeth M. Falk
ELIZABETH M. FALK
Counsel for Defendant Kelsey Robert Jackson

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status hearing set for September 9, 2024, in this Form 12 proceeding, is continued to September 30, 2024, at 10:00 a.m.

IT IS SO ORDERED.

DATED:   9/6/2024

HON. JAMES DONATO
United States District Judge