| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | MICHAEL G. LAGRAMA (CABN 252734)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7241 |
| 7 | Fax: (415) 436-7234<br>Michael.Lagrama@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 4:17-CR-00615-JD |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| v. | ) ) | |
| KELSEY ROBERT JACKSON, | ) ) | |
| Defendant. | ) ) | |

    This Form 12 proceeding is set for a status hearing on September 30, 2024, at 10:30 a.m. To allow the defendant Kelsey Jackson additional time to demonstrate progress in a substance abuse treatment program, the parties stipulate and respectfully request that the status hearing be continued to October 21, 2024, at 10:30 a.m.

    On September 5, 2024, in accordance with this Court's order, Mr. Jackson enrolled in an intensive outpatient treatment program at Reach Program in Antioch, California, and has submitted negative drug test results since then. Except for one meeting, Mr. Jackson has attended all his group counseling sessions Monday through Thursday, from 12:30 p.m. to 3:00 p.m. In addition, Mr. Jackson is eligible and on a waitlist for a residential drug treatment program in Contra Costa, but a bed will

likely not be available for Mr. Jackson until on or about October 1, 2024.   Further, Mr. Jackson has been reporting to his probation officer as instructed and appears motivated and willing to go to residential treatment when a bed or space is available.

Accordingly, to allow Mr. Jackson additional time to demonstrate rehabilitative progress, the parties respectfully request that the status hearing in this Form 12 proceeding be continued to October 21, 2024, at 10:00 a.m.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Mr. Jackson to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:       September 24, 2024                  */s/ Michael G. Lagrama*
                                                 MICHAEL G. LAGRAMA
                                                 Assistant United States Attorney

DATED:       September 24, 2024                  */s/ Elizabeth M. Falk*
                                                 ELIZABETH M. FALK
                                                 Counsel for Defendant Kelsey Robert Jackson

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status hearing set for September 30, 2024, in this Form 12 proceeding, is continued to October 21, 2024, at 10:30 a.m.

IT IS SO ORDERED.

DATED:    September 26, 2024                     _____
                                                 HON. JAMES DONATO
                                                 United States District Judge

STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
Case No. 4:17-cr-00615-JD                                                         v. 7/10/2018